UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:08CR35-1-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **DEFENDANT'S NOTICE** |
| ) | **OF APPEAL** |
| BLAINE VIRGIL SUTHERLAND, JR., ) | |
| Defendant. ) | |
| _____) | |

**NOW COMES** the Defendant, Blaine Virgil Sutherland, through counsel, and hereby gives notice of appeal to the Fourth Circuit Court of Appeals from his conviction and judgment of the district court entered August 11, 2009.

Respectfully submitted this the 19th day of August, 2009.

                              s/ Deke Falls
                              NC Bar # 24232
                              Barnett & Falls, P.A.
                              130-C North McDowell Street
                              Charlotte, North Carolina  28204
                              Phone: (704) 334-2044
                              Fax: (704) 334-2095
                              Email: deke@barnettfalls.com
                              Attorney for SUTHERLAND

**CERTIFICATE OF SERVICE**

I, Deke Falls, do hereby certify that I have this day served a copy of the foregoing Defendant's Notice of Appeal upon the attorney for the government via electronic filing and addressed to the following:

Tom.O'Malley@usdoj.gov.

This the 19th day of August, 2009.

<u>s/ Deke Falls</u>
N.C. Bar # 24232
Barnett & Falls, P.A.
130-C North McDowell Street
Charlotte, North Carolina  28204
Phone: (704) 334-2044
Fax: (704) 334-2095
deke@barnettfalls.com
Attorney for Defendant Sutherland
