IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:08CR35

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | **FINAL** |
| v. | ) | **ORDER OF FORFEITURE** |
| | ) | |
| BLAINE VIRGIL SUTHERLAND, JR., | ) | |
| | ) | |
| Defendant. | ) | |

On February 13, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b), based upon the defendant's guilty verdicts on Counts One and Two of the Bill of Indictment and upon the special forfeiture verdict. In Counts One and Two, the defendant was charged with knowingly and intentionally manufacturing and possession with intent to distribute a Schedule I controlled substance, that is, marijuana, violations of 21 U.S.C. § 841(a) and 841(b)(1)(B).

On February 14, 2009 through March 15, 2009, the United States posted on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of this forfeiture and of the intent of the United States to dispose of the forfeited property in accordance with law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such claims have been filed.

It is therefore **ORDERED**:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final.  All right, title, and interest in **the following properties**, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law and subject to the Settlement Agreement with Petitioner BB&T Company filed on May 26, 2009:

> **Real Property with the address of 134 Valley Springs Drive, Olin, North Carolina, described in Book 33, Page 65 & 66 in the Office of the Register of Deeds for Iredell County.**

Signed: August 24, 2009

Richard L. Voorhees
United States District Judge